# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:11-cv-03069-JHN -PJW | Date | May 10, 2011 |
|---|---|---|---|
| Title | John W Mills v. State Farm Insurance Company et al | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | |
|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:** **ORDER REMANDING THE ACTION (In Chambers) [8, 11, 12]**

In its May 4, 2011 Order, the Court directed Plaintiff John W. Mills ("Plaintiff") to clarify his position as to whether the total amount in controversy in this action exceeds the value of $75,000. (Docket No. 11.) In response, on May 9, 2011, Counsel for Plaintiff submitted a declaration stating that Plaintiff is "willing to stipulate that the amount in controversy, at this time, does not exceed the sum of $75,000.00 exclusive of accruing interest and costs." (Docket No. 12; Seuthe Decl. ¶ 3.)

The matter was removed on the basis of diversity jurisdiction. Because Defendant has not sustained its burden of showing that the amount in controversy does not exceed $75,000, the Court may not exercise diversity jurisdiction over this action. *See* 28 U.S.C. § 1332(a).[1]

Accordingly, the Court **REMANDS** the action to the **SUPERIOR COURT FOR THE COUNTY OF LOS ANGELES.**

**IT IS SO ORDERED.**

| | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |

---

[1] As the matter is remanded for lack of jurisdiction, the Court does not rule on pending motions. (*See* Docket Nos. 6, 8, 12.)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:11-cv-03069-JHN -PJW | Date | May 10, 2011 |
|---|---|---|---|
| Title | John W Mills v. State Farm Insurance Company et al | | |